IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALISON JOLLY and MATTHEW JOHNSON,
Individually and on behalf of all others
similarly situated                                                                    PLAINTIFFS

v.                              No. 4:16-cv-9-DPM

LULU CHI; and JACOB CHI, and
JANSEN CHI                                                                            DEFENDANTS

## ORDER

Motion to certify, № 3, denied without prejudice. The issue needs to be re-briefed under federal law. The motion is premature too.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 January 2016