IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALISON JOLLY and MATTHEW JOHNSON,
Individually and on behalf of all others
similarly situated                                                    PLAINTIFFS

v.                          No. 4:16-cv-9-DPM

LULU CHI; JACOB CHI; and
JANSEN CHI                                                            DEFENDANTS

### ORDER

The Court held a hearing today on the joint motion to approve the proposed settlement agreement. The proposed agreement, an accompanying letter from counsel, and counsel's billing records were admitted, under seal, as Court's Hearing Exhibit 1. At the hearing, the Court expressed its concerns about the proposed settlement's confidentiality provisions and the mixing of collective and class action claims in the settlement process for non-parties. A joint report on these issues is due by 12 May 2017. The motion to approve, № 43, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2017