IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALISON JOLLY and MATTHEW JOHNSON,
Individually and on behalf of all others
similarly situated                                              PLAINTIFFS

v.                          No. 4:16-cv-9-DPM

LULU CHI; JACOB CHI; and
JANSEN CHI                                                      DEFENDANTS

## ORDER

The Court makes explicit what is implied in its recent Order, № 52. The Court approves and certifies unconditionally the following agreed group of similarly situated people for settlement of the group members' FLSA claims only:

> Former servers classified as hourly and non-exempt employees and employed by R J Tao at "Oishi" in Little Rock, Arkansas between September 15, 2014 through October 15, 2015 who consent to join this lawsuit.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 June 2017