# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALISON JOLLY and MATTHEW JOHNSON,
Individually and on behalf of all others
similarly situated                                          PLAINTIFFS

v.                          No. 4:16-cv-9-DPM

LULU CHI; JACOB CHI; and
JANSEN CHI                                                  DEFENDANTS

## ORDER

Joint report, № 54, noted and appreciated. The Court assumes that the parties signed the settlement documents, and that the named plaintiffs got their checks, in late June, as planned. № 49-1. The complaint will be dismissed with prejudice, with jurisdiction retained over settlement administration for a few more weeks.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2017