IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALISON JOLLY and MATTHEW JOHNSON,
Individually and on behalf of all others
similarly situated                                              PLAINTIFFS

v.                      No. 4:16-cv-9-DPM

LULU CHI; JACOB CHI; and
JANSEN CHI                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction to resolve any settlement-related issue until 1 December 2017.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2017